

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00475-CV

**IN THE INTEREST OF D.M.B.**, Jr., Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00828
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED August 6, 2014.

_Catherine Stone_
Catherine Stone, Chief Justice